UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>Plaintiff,<br><br>v.<br><br>VARGAS INVESTMENTS, INC., et al.,<br><br>Defendants. | No. 2:17-cv-01416-KJM-KJN<br><br><br><br>ORDER |

        Plaintiff was ordered to file a declaration as to the status of this case by October 6, 2017, or, alternatively, to file a request for default in accordance with Local Rule 302(c)(19). *See* Sept. 22, 2017 Minute Order, ECF No. 5. As of today's date, plaintiff has not complied with the court's order. Accordingly, plaintiff is ordered to show cause within thirty (30) days why this action should not be dismissed for failure to prosecute.

        IT IS SO ORDERED.

DATED: October 18, 2017.

                                            UNITED STATES DISTRICT JUDGE

1